# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2020

159965

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SUNNYSIDE RESORT CONDOMINIUM
ASSOCIATION, INC.,
        Plaintiff/Counterdefendant-
        Appellant,

v

NEIL J. BECKMAN, BECKMAN HOLDINGS,
INC., and MEINKE CONSTRUCTION, INC.,
        Defendants/Counterplaintiffs/Third-
        Party Plaintiffs-Appellees,

and

THOMAS BROWN, JANE BROWN, CLAIRE
JAROS, RANDY SWONGER, and PAUL
BUSCH,
        Third-Party Defendants-Appellants.

SC: 159965
COA: 341116
Gogebic CC: 16-000203-AV

_____/

On order of the Court, the application for leave to appeal the April 23, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2020



Clerk

p0323